B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
## Middle District of Florida

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Spreng, August Franz** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Gustl Spreng; AKA Gus Spreng** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-2585** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3771 Strawberry Lane**<br>**New Smyrna Beach, FL**<br>ZIP Code **32168** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Volusia** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Spreng, August Franz |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Spreng, August Franz** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ August Franz Spreng**
Signature of Debtor  **August Franz Spreng**

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**April 11, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Attorney*

**X  /s/ Walter J. Snell**
Signature of Attorney for Debtor(s)

**Walter J. Snell 0729360**
Printed Name of Attorney for Debtor(s)

**Snell and Snell, P.A.**
Firm Name

**436 N Peninsula Drive
Daytona Beach, FL 32118**

Address

**Email: snellandsnell@mindspring.com
386-255-5334  Fax: 386-255-5335**
Telephone Number

**April 11, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re **August Franz Spreng**                                           Case No.
                                   Debtor(s)                            Chapter **11**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ August Franz Spreng**
**August Franz Spreng**

Date: **April 11, 2012**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **August Franz Spreng**                                                   Case No.
                                       Debtor(s)                                 Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Amer. Express Centurion Bank**<br>**c/o Drew Beinhaker, Esq.**<br>**3475 sheridan St., Ste. 305**<br>**Hollywood, FL 33021** | **Amer. Express Centurion Bank**<br>**c/o Drew Beinhaker, Esq.**<br>**3475 sheridan St., Ste. 305**<br>**Hollywood, FL 33021** | **pending lawsuit** | **Disputed** | 58,000.00 |
| **Debra L. Wise**<br>**c/o David Glasser, Esq.**<br>**116 Orange Avenue**<br>**Daytona Beach, FL 32114** | **Debra L. Wise**<br>**c/o David Glasser, Esq.**<br>**116 Orange Avenue**<br>**Daytona Beach, FL 32114** | **contract dispute** | **Unliquidated Disputed** | 28,000.00 |
| **Florida Community Bank**<br>**c/o Ed Davis, III, Esq.**<br>**570 Memorial Circle, Ste 330**<br>**Ormond Beach, FL 32174** | **Florida Community Bank**<br>**c/o Ed Davis, III, Esq.**<br>**570 Memorial Circle, Ste 330**<br>**Ormond Beach, FL 32174** | **Vacant lot at Slow Flight Drive, Port Orange, Florida** | | 140,000.00<br><br>(130,000.00 secured) |
| **Friends Bank**<br>**PO Box 340**<br>**New Smyrna Beach, FL 32170** | **Friends Bank**<br>**PO Box 340**<br>**New Smyrna Beach, FL 32170** | **personal guaranteed loan** | **Contingent Disputed** | 900,000.00 |
| **Michael Strasser**<br>**Laim 101**<br>**St. Gilgen**<br>**Austria 5340** | **Michael Strasser**<br>**Laim 101**<br>**St. Gilgen** | **personal loan - 1 year loan** | | 150,000.00 |
| **Scott E. Simpson, Esq.**<br>**595 W. Granada Blvd, Ste. A**<br>**Ormond Beach, FL 32174** | **Scott E. Simpson, Esq.**<br>**595 W. Granada Blvd, Ste. A**<br>**Ormond Beach, FL 32174** | **lien on 1956 Spyder; 1953 Rolls Royce; 2006 Porsche; 2006 Draggin Trailer; 2006 Emerson Trailer; 2007 Dodge Truck; 2009 Toyota Prius** | | 280,000.00<br><br>(110,000.00 secured) |
| **Volusia County Tax Appraiser**<br>**123 W. Indiana Avenue #103**<br>**Deland, FL 32720** | **Volusia County Tax Appraiser**<br>**123 W. Indiana Avenue #103**<br>**Deland, FL 32720** | **2444 South Nova Road, South Daytona, Florida 32119** | | **Unknown**<br><br>(1,000,000.00 secured) |

**B4 (Official Form 4) (12/07) - Cont.**

In re **August Franz Spreng**             Case No. _____

            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Volusia County Tax Appraiser<br>123 W. Indiana Avenue #103<br>Deland, FL 32720 | Volusia County Tax Appraiser<br>123 W. Indiana Avenue #103<br>Deland, FL 32720 | 2430 South Nova Road, South Daytona, Florida 32119 | | Unknown<br><br>(1,300,000.00 secured) |
| Volusia County Tax Appraiser<br>123 W. Indiana Avenue #103<br>Deland, FL 32720 | Volusia County Tax Appraiser<br>123 W. Indiana Avenue #103<br>Deland, FL 32720 | 2362 S. Nova Road, South Daytona, Florida 32119 | | Unknown<br><br>(3,300,000.00 secured) |
| Volusia County Tax Appraiser<br>123 W. Indiana Avenue #103<br>Deland, FL 32720 | Volusia County Tax Appraiser<br>123 W. Indiana Avenue #103<br>Deland, FL 32720 | Vacant lot at Lexington Drive, Daytona Beach, Florida | | Unknown<br>(130,000.00 secured)<br>(200,000.00 senior lien) |
| Volusia County Tax Appraiser<br>123 W. Indiana Avenue #103<br>Deland, FL 32720 | Volusia County Tax Appraiser<br>123 W. Indiana Avenue #103<br>Deland, FL 32720 | Vacant lot at Slow Flight Drive, Port Orange, Florida | | Unknown<br>(130,000.00 secured)<br>(140,000.00 senior lien) |
| Wells Fargo Bank<br>c/o Harry Wilson, Jr.<br>PO Box 1317<br>Indianapolis, IN 46206 | Wells Fargo Bank<br>c/o Harry Wilson, Jr.<br>PO Box 1317<br>Indianapolis, IN 46206 | guaranteed commercial mortgage | Contingent Unliquidated Disputed | Unknown |
| Wells Fargo Bank<br>171 17th Street NW<br>Suite 500<br>Atlanta, GA 30363 | Wells Fargo Bank<br>171 17th Street NW<br>Suite 500<br>Atlanta, GA 30363 | Vacant lot at Lexington Drive, Daytona Beach, Florida | | 200,000.00<br><br>(130,000.00 secured) |
| Worsham Underground Utilities, Inc.<br>c/o Elysha Luken, Esq.<br>PO Box 589<br>Tallahassee, FL 32302 | Worsham Underground Utilities, Inc.<br>c/o Elysha Luken, Esq.<br>Tallahassee, FL 32302 | contract dispute | Unliquidated Disputed | 46,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **August Franz Spreng**                                         Case No.  
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, **August Franz Spreng**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 11, 2012**               Signature  **/s/ August Franz Spreng**  
                                                                                         **August Franz Spreng**  
                                                                                        Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6A (Official Form 6A) (12/07)

In re **August Franz Spreng**, Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3771 Stawberry Lane, New Smyrna Beach, Florida 32168** | **Joint tenants by the entirety** | **J** | **500,000.00** | **500,000.00** |
| **546 Samsula Drive, New Smyrna Beach, Florida 32168** | **Joint tenants by the entirety** | **J** | **640,000.00** | **0.00** |
| **2362 S. Nova Road, South Daytona, Florida 32119 (approx. value: $1,000,000.00) & 2430 South Nova Road, South Daytona, Florida 32119 (approx. value: $1,300,000.00) & 2444 South Nova Road, South Daytona, Florida 32119 (approx. value $1,000,000.00)** | **fee simple** | **H** | **3,300,000.00** | **Unknown** |
| **2440 South Nova Road, South Daytona, Florida 32119** | **Joint tenants by the entirety** | **J** | **380,000.00** | **149,000.00** |
| **9 Iris Lane, Marathon, Florida** | **Joint tenant by the entireties** | **J** | **750,000.00** | **260,000.00** |
| **Land and empty building at Hidgeon Street, Jacksonville, Florida** | **Joint tenants by the entirety** | **J** | **100,000.00** | **0.00** |
| **Vacant lot at Lexington Drive, Daytona Beach, Florida** | **fee simple** | **H** | **130,000.00** | **Unknown** |
| **Vacant lot at Slow Flight Drive, Port Orange, Florida** | **fee simple** | **-** | **130,000.00** | **Unknown** |

|  |  |  |
|---|---|---|
| Sub-Total > | **5,930,000.00** | (Total of this page) |
| Total > | **5,930,000.00** |  |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **August Franz Spreng**,  Case No. _____
　　　　　　　　　　　　　　Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

　　State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
　　List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
　　If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
　　Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Florida Community Bank<br>c/o Ed Davis, III, Esq.<br>570 Memorial Circle, Ste 330<br>Ormond Beach, FL 32174 | | - | Mortgage<br><br>Vacant lot at Slow Flight Drive, Port Orange, Florida<br><br>Value $ 130,000.00 | | | | 140,000.00 | 10,000.00 |
| Account No. **xxx4566**<br><br>Friends Bank<br>PO Box 340<br>New Smyrna Beach, FL 32170 | | - | Mortgage<br><br>2440 South Nova Road, South Daytona, Florida 32119<br><br>Value $ 380,000.00 | | | | 149,000.00 | 0.00 |
| Account No.<br><br>John Rainey, Trustee<br>2101 John Anderson Drive<br>Ormond Beach, FL 32176 | | - | Mortgage<br><br>9 Iris Lane, Marathon, Florida<br><br>Value $ 750,000.00 | | | | 260,000.00 | 0.00 |
| Account No.<br><br>Scott E. Simpson, Esq.<br>595 W. Granada Blvd, Ste. A<br>Ormond Beach, FL 32174 | | - | 11/11<br><br>lien on 1956 Spyder; 1953 Rolls Royce; 2006 Porsche; 2006 Draggin Trailer; 2006 Emerson Trailer; 2007 Dodge Truck; 2009 Toyota Prius<br><br>Value $ 110,000.00 | | | | 280,000.00 | 170,000.00 |
| __2__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 829,000.00 | 180,000.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **August Franz Spreng**                                              ,          Case No. _____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xx-xx-xx-1410** <br><br> **Volusia County Tax Appraiser** <br> **123 W. Indiana Avenue #103** <br> **Deland, FL 32720** | | - | **2444 South Nova Road, South Daytona, Florida 32119** <br><br><br> Value $ **1,000,000.00** | | | | **Unknown** | **Unknown** |
| Account No. **xx-xx-xx-xx-xx-1411** <br><br> **Volusia County Tax Appraiser** <br> **123 W. Indiana Avenue #103** <br> **Deland, FL 32720** | | - | **2430 South Nova Road, South Daytona, Florida 32119** <br><br><br> Value $ **1,300,000.00** | | | | **Unknown** | **Unknown** |
| Account No. **xx-xx-xx-xx-xx-1420** <br><br> **Volusia County Tax Appraiser** <br> **123 W. Indiana Avenue #103** <br> **Deland, FL 32720** | | - | **2362 S. Nova Road, South Daytona, Florida 32119** <br><br><br> Value $ **3,300,000.00** | | | | **Unknown** | **Unknown** |
| Account No. **xx-xx-xx-xx-xx-0240** <br><br> **Volusia County Tax Appraiser** <br> **123 W. Indiana Avenue #103** <br> **Deland, FL 32720** | | - | **Vacant lot at Lexington Drive, Daytona Beach, Florida** <br><br><br> Value $ **130,000.00** | | | | **Unknown** | **Unknown** |
| Account No. **xx-xx-xx-xx-xx-0010** <br><br> **Volusia County Tax Appraiser** <br> **123 W. Indiana Avenue #103** <br> **Deland, FL 32720** | | - | **Vacant lot at Slow Flight Drive, Port Orange, Florida** <br><br><br> Value $ **130,000.00** | | | | **Unknown** | **Unknown** |

Sheet __**1**__ of __**2**__ continuation sheets attached to                                   Subtotal                     **0.00**          **0.00**
Schedule of Creditors Holding Secured Claims                                            (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re  **August Franz Spreng**                                                   ,        Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx5133<br><br>**Wells Fargo Bank**<br>**c/o E. Lanny Russell, Esq.**<br>**225 Water St., Ste. 1800**<br>**Jacksonville, FL 32202** | - | | **Mortgage**<br>**2362 S. Nova Road, South Daytona, Florida 32119 (approx. value: $1,000,000.00) & 2430 South Nova Road, South Daytona, Florida 32119 (approx. value: $1,300,000.00) & 2444 South Nova Road, South Daytona, Florida 32119 (approx. value $1,000,00**<br>Value $ 3,300,000.00 | | | X | 1,900,000.00 | 0.00 |
| Account No. xxxxxxxxxx0001<br><br>**Wells Fargo Bank**<br>**171 17th Street NW**<br>**Suite 500**<br>**Atlanta, GA 30363** | - | | **Mortgage**<br>**Vacant lot at Lexington Drive, Daytona Beach, Florida**<br>Value $ 130,000.00 | | | | 200,000.00 | 70,000.00 |
| Account No. xxxxxxxxxx1998<br><br>**Wells Fargo Bank**<br>**c/o E. lanny Russell, Esq.**<br>**225 Water Street**<br>**Suite 1800**<br>**Jacksonville, FL 32202** | - | | **Mortgage**<br>**3771 Stawberry Lane, New Smyrna Beach, Florida 32168**<br>Value $ 500,000.00 | | | | 500,000.00 | 0.00 |
| Account No.<br><br>**William D. Arthur**<br>**124 Pine Wood Drive**<br>**Ormond Beach, FL 32174** | - | | **4/2012**<br>**Auto Lien**<br>**2007 Mercedes and 1988 Peterbilt**<br>Value $ 29,000.00 | | | | 10,000.00 | 0.00 |
| Account No.<br><br><br><br> | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)       2,610,000.00       70,000.00

Total                               3,439,000.00      250,000.00
(Report on Summary of Schedules)

B6F (Official Form 6F) (12/07)

In re **August Franz Spreng**, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Amer. Express Centurion Bank**<br>**c/o Drew Beinhaker, Esq.**<br>**3475 sheridan St., Ste. 305**<br>**Hollywood, FL 33021** | - | | pending lawsuit | | | X | 58,000.00 |
| Account No.<br><br>**Debra L. Wise**<br>**c/o David Glasser, Esq.**<br>**116 Orange Avenue**<br>**Daytona Beach, FL 32114** | - | | contract dispute | | X | X | 28,000.00 |
| Account No.<br><br>**Friends Bank**<br>**PO Box 340**<br>**New Smyrna Beach, FL 32170** | - | | personal guaranteed loan | X | | X | 900,000.00 |
| Account No.<br><br>**Michael Strasser**<br>**Laim 101**<br>**St. Gilgen**<br>**Austria 5340** | - | | 12/2011<br>personal loan - 1 year loan | | | | 150,000.00 |
| __1__ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 1,136,000.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **August Franz Spreng**, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Wells Fargo Bank**<br>**c/o Harry Wilson, Jr.**<br>**PO Box 1317**<br>**Indianapolis, IN 46206** | - | | **guaranteed commercial mortgage** | X | X | X | **Unknown** |
| Account No.<br>**Worsham Underground Utilities, Inc.**<br>**c/o Elysha Luken, Esq.**<br>**PO Box 589**<br>**Tallahassee, FL 32302** | - | | **contract dispute** | | X | X | **46,000.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **1** of **1** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **46,000.00**

Total (Report on Summary of Schedules) **1,182,000.00**

B6G (Official Form 6G) (12/07)

In re  **August Franz Spreng**  ,   Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| AFE, Inc.<br>2430 S. Nova Road<br>South Daytona, FL 32119 | **Commerical Lease - expires 10/2020** |
| City of Daytona Beach<br>2362 S. Nova Road, Unit 3<br>South Daytona, FL 32119 | **Commerical lease - month to month through April, 2012** |
| Hal Leftwich<br>9 Iris Lane<br>Marathon, FL 33050 | **Residential Lease - expires 6/2013** |
| Hot Rod Club of Florida<br>2430 S. Nova Road<br>South Daytona, FL 32119 | **Commercial Lease** |
| Interim Healthcare<br>2362 S. Nova Road<br>South Daytona, FL 32119 | **Commercial Lease** |
| Lady of Hope Thrift Shop<br>2440 S. Nova Road<br>South Daytona, FL 32119 | **Commercial Lease - expires 6/2013** |
| Massey Services<br>2444 S. Nova Road<br>Daytona Beach, FL 32119 | **Commercial Lease - expires 2/2014** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **August Franz Spreng**                                              ,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Daytona Airport Hangars, Inc**<br>**2890 Malibu Court**<br>**Port Orange, FL 32128** | **Wells Fargo Bank**<br>**c/o Harry Wilson, Jr.**<br>**PO Box 1317**<br>**Indianapolis, IN 46206** |
| **SBI, LLC**<br>**90 Dunlawton Boulevard**<br>**Port Orange, FL 32124** | **Friends Bank**<br>**PO Box 340**<br>**New Smyrna Beach, FL 32170** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Middle District of Florida

In re **August Franz Spreng**  
Debtor(s)

Case No.  
Chapter **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **18** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **April 11, 2012**     Signature **/s/ August Franz Spreng**  
**August Franz Spreng**  
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Middle District of Florida**

In re  **August Franz Spreng**                                            Case No.
                                    Debtor(s)                              Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date:  **April 11, 2012**                              **/s/ August Franz Spreng**
                                                       **August Franz Spreng**
                                                       Signature of Debtor

August Franz Spreng
3771 Strawberry Lane
New Smyrna Beach, FL 32168

Hal Leftwich
9 Iris Lane
Marathon, FL 33050

Volusia County Tax Appraiser
123 W. Indiana Avenue #103
Deland, FL 32720

Walter J. Snell
Snell and Snell, P.A.
436 N Peninsula Drive
Daytona Beach, FL 32118

Hot Rod Club of Florida
2430 S. Nova Road
South Daytona, FL 32119

Wells Fargo Bank
c/o E. Lanny Russell, Esq.
225 Water St., Ste. 1800
Jacksonville, FL 32202

AFE, Inc.
2430 S. Nova Road
South Daytona, FL 32119

Interim Healthcare
2362 S. Nova Road
South Daytona, FL 32119

Wells Fargo Bank
171 17th Street NW
Suite 500
Atlanta, GA 30363

Amer. Express Centurion Bank
c/o Drew Beinhaker, Esq.
3475 sheridan St., Ste. 305
Hollywood, FL 33021

John Rainey, Trustee
2101 John Anderson Drive
Ormond Beach, FL 32176

Wells Fargo Bank
c/o E. lanny Russell, Esq.
225 Water Street
Suite 1800
Jacksonville, FL 32202

City of Daytona Beach
2362 S. Nova Road, Unit 3
South Daytona, FL 32119

Lady of Hope Thrift Shop
2440 S. Nova Road
South Daytona, FL 32119

Wells Fargo Bank
c/o Harry Wilson, Jr.
PO Box 1317
Indianapolis, IN 46206

Daytona Airport Hangars, Inc
2890 Malibu Court
Port Orange, FL 32128

Massey Services
2444 S. Nova Road
Daytona Beach, FL 32119

William D. Arthur
124 Pine Wood Drive
Ormond Beach, FL 32174

Debra L. Wise
c/o David Glasser, Esq.
116 Orange Avenue
Daytona Beach, FL 32114

Michael Strasser
Laim 101
St. Gilgen
Austria 5340

Worsham Underground
Utilities, Inc.
c/o Elysha Luken, Esq.
PO Box 589
Tallahassee, FL 32302

Florida Community Bank
c/o Ed Davis, III, Esq.
570 Memorial Circle, Ste 330
Ormond Beach, FL 32174

SBI, LLC
90 Dunlawton Boulevard
Port Orange, FL 32124

Friends Bank
PO Box 340
New Smyrna Beach, FL 32170

Scott E. Simpson, Esq.
595 W. Granada Blvd, Ste. A
Ormond Beach, FL 32174